IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| C.T. PERRY EL BEY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JUDGE PETER BATAILLON, STEVE CORSI, Chief Executive Officer of Department of Health and Human Services; JAMES R. KAMM, Tax Commissioner; DAVID KILGORE, Director of CSSD; and ANTONIO VAZQUEZ, Tax Commissioner;<br><br>　　　　　Defendants. | 8:24CV32<br><br>**ORDER** |

　　　This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

　　　SO ORDERED.

　　　Dated this 30th day of January, 2024.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*Joseph F. Bataill—* (signature)

　　　　　　　　　　　　　　　　　　　　　　　Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge